IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00009-MOC-WCM

| | | |
|---|---|---|
| REBA MCMAHAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| V. | ) | |
| | ) | |
| JOSEPH JONES, JERRY CRISP, and GRAHAM COUNTY SHERIFF'S OFFICE | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Parties' Joint Motion to Remand (the "Motion to Remand," Doc. 15).

On January 11, 2021, Defendants removed this matter pursuant to 28 U.S.C. § 1331 and § 1441(a) "because Plaintiff asserts an Employee Whistleblower Protection cause of action arising under federal law…." Doc. 1.

On April 12, 2021, Plaintiff filed a notice voluntarily dismissing this claim. Doc. 12.

On June 15, 2021, the parties were ordered to file either a Joint Motion to Remand or a Certificate of Initial Attorneys' Conference. Doc. 13. In the alternative, the parties were advised that in the event they disagreed as to

whether this matter should proceed in federal court, any party could file a contested motion to remand. Id.

On June 23, 2021, the parties filed the Motion to Remand. For the reasons set forth in that Motion, this action will be remanded.

**IT IS THEREFORE ORDERED** that the Joint Motion to Remand (Doc. 15) is **GRANTED**, and this matter is **REMANDED** to the General Court of Justice, Superior Court Division, Graham County, North Carolina.

Signed: June 24, 2021

W. Carleton Metcalf
United States Magistrate Judge